UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kenneth Churchill

v.                                          Civil No. 1:07-cv-25-JL

Target Corporation et al


ORDER OF DISMISSAL


In accordance with the provisions of  Local Rule 41.1, as neither an agreement for

judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with

prejudice.

SO ORDERED.


July 10, 2008                              _____
                                          Joseph N. Laplante
                                          United States District Judge



cc:    Amy Celeste Mackin, Esq.
       Meredith M. Lasna, Esq.
       Sean J. Milano, Esq.